# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2012

145759-60

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

BLAINE RUSSELL LEVIGNE, JR.,
      Defendant-Appellee.

SC: 145759
COA: 306776
Emmet CC: 10-002981-AR

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

WILLIAM GERARD McNEIGHT,
      Defendant-Appellee.

SC: 145760
COA: 306777
Emmet CC: 10-002982-AR

_____/

On order of the Court, the application for leave to appeal the July 3, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY and ZAHRA, JJ., would grant leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2012

_____
Clerk

t1031